MULTIPLE TRADING CORPORATION, Appellant, v. DEMOLA REALTY CORPORATION et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ANNE E. BATCHELOR, Respondent, v. CLARENCE D. BATCHELOR, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 1024.]

WILLIAM C. BROWNING, as Trustee under the Will of ADELAIDE S. BROWNING, Deceased, et al., Appellants-Respondents, v. PAUL FABRICANT, Doing Business under the Name of REVERE MANUFACTURING Co., et al., RespondentsAppellants.— Order unanimously affirmed, with costs and disbursements to the respondents, Paul Fabricant, doing business under the firm name or style of Revere Manufacturing Co., and Lenart Import Ltd. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

WALTER D. C. JOHNSON. Appellant, v. A. B. CHOWN, as Chairman of Trunk Line Central Passenger Association, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 1024.]

In the Matter of the Accounting of KATHARINE D. GRUNER, as Administratrix with the Will Annexed of OTTO H. GRUNER, Deceased, Respondent. UNITED STATES OF AMERICA et al., as Creditors, Respondents; NEW YORK TRUST COMPANY, a Creditor, Appellant. — Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [186 Misc. 438.] [See *post*, p. 1024.]

## (November 13, 1945.)

JOHN BERG, Individually and in Behalf of All Other Longshoremen of the Port of New York, Similarly Situated, and as Cochairman of the Rank and File Committee of the International Longshoremen's Association (AFL), Respondent, *v.* JOSEPH P. RYAN, Individually and as President of the International Longshoremen's Association (AFL), Appellant.

*Per Curiam.* Plaintiff, a member of a voluntary unincorporated association, has procured an injunction pending the trial of the action against defendant, the president of the association. On this record plaintiff has failed to establish any right to the relief granted.

The order appealed from should be reversed, with $20 costs and disbursements, and the motion denied.

Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ., concur.

Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied.

LOUIS G. MILLER, INC., Respondent, v. HOME DEVELOPMENT CORP. et al., Appellants.— Orders unanimously affirmed, each with $10 costs and disbursements, with leave to the defendants to answer within ten days after service of a copy of the order with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.